UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL KEESLING,

    Plaintiff,

v

    Case No. 16-cv-12855

    Hon. Terrence G. Berg

MEIJER GREAT LAKES LIMITED
PARTNERSHIP, et al.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of the parties' stipulation and the Court being otherwise advised, orders as follows:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed in its entirety with prejudice and without costs, interest, or attorney fees.  This order resolves the last pending claim and closes this case.

IT IS SO ORDERED.

    s/Terrence G. Berg
    TERRENCE G. BERG
    UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2017

## **STIPULATION**

The parties, by and through their respective attorneys, stipulate to the entry of this order.

Respectfully submitted,

| BLANCHARD & WALKER, PLLC | JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C. |
|---|---|
| /s/ Angela L. Walker | /s/ "with consent of" Cathrine F. Wenger |
| Angela Walker (P67625) | Cathrine F. Wenger (P38761) |
| Blanchard & Walker | Senior Counsel-Labor and Employment |
| 221 N. Main St., Suite 300 | Meijer Legal Department |
| Ann Arbor, MI 48104 | 2929 Walker Avenue, N.W. |
| Attorneys for Plaintiff | Grand Rapids, MI 49544 |
| (734) 929-4313 | 616-249-6461 |
| walker@bwlawonline.com | cathrine.wenger@meijer.com |
| | Attorney for Defendant Meijer |

Dated:  March 30, 2017